Alfonso L. BOOKOUT, Appellant, v. UNIT-
ED STATES of America, Appellee.

No. 9685.

United States Court of Appeals
District of Columbia Circuit.

Argued April 22, 1949.

Decided May 16, 1949.

Mr. P. Bateman Ennis, Washington,
D. C. (appointed by this court) for appel-
lant.

Mr. L. Clark Ewing, Assistant United
States Attorney, Washington, D. C., with
whom Messrs. George Morris Fay, United
States Attorney, and John D. Lane and
Martin J. McNamara, Jr., Assistant United
States Attorneys, Washington, D. C., were
on the brief, for appellee.

Before EDGERTON, WILBUR K.
MILLER and PRETTYMAN, Circuit
Judges.

PER CURIAM.

We find no substantial error in the rec-
ord. The judgment of the District Court
is therefore affirmed.

Ina M. DIXON, Appellant, v. Adolphus O.
EGGLETON, Appellee.

No. 9967.

United States Court of Appeals
District of Columbia Circuit.

Submitted May 10, 1949.

Decided May 31, 1949.

Mr. James Theodore Wright, Washing-
ton, D. C., submitted on brief for appel-
lant.

Mr. Lewis E. Barnes, Washington, D. C.,
submitted on brief for appellee.

Before CLARK, WILBUR K. MILLER
and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no substantial error in the
record. The judgment of the District
Court is therefore affirmed.

Affirmed.

Bernard B. HILLYARD, Appellant, v. Elean-
or MOWER, Appellee.

No. 9972.

United States Court of Appeals
District of Columbia Circuit.

Argued May 16, 1949.

Decided May 31, 1949.

Mr. Joseph J. Lyman, Washington, D.
C., for appellant.

Mr. Charles C. Collins, Washington, D.
C., submitted on the brief for appellee.

Before EDGERTON and PROCTOR,
Circuit Judges, and H. CHURCH FORD,
District Judge sitting by designation.

PER CURIAM.

We find no prejudicial error in the rec-
ord. The judgment of the District Court
is therefore affirmed.